# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159643 & (80)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC:  159643
                                     COA:  341269
                                     Alpena CC:  16-007336-FC

THOMAS JAMES GUTHRIE,
          Defendant-Appellant.

_____/

      On order of the Court, the motion to file a pro per supplement is GRANTED. The supplement submitted on April 23, 2020 is accepted for filing. The application for leave to appeal the March 28, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020



s0420

                                             Clerk